PROB 12C
(7/93)

Report Date: July 10, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Andrew Flett     Case Number: 2:11CR00105-EFS-1

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Robbery, 18 U.S.C. §§ 1153(a) and 2111 | |
| Original Sentence: | Prison 36 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Rudolf Verschoor | Date Supervision Commenced: January 23, 2014 |
| Defense Attorney: | Kimberly Ann Deater | Date Supervision Expires: January 22, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: According to a Spokane Tribal Police incident report, on July 7, 2014, law enforcement responded to a complaint that Mr. Flett had allegedly kicked in a door to a residence and threatened the home owner.<br><br>The victim alleged Mr. Flett tried to kick in a side door of his residence.  When the door did not open, Mr. Flett allegedly proceeded to the front door, which was not locked.  Mr. Flett allegedly "flung" the door open and struck the victim's 18-month-old son in the head.  The responding officer observed a good-sized welt on the forehead of the 18-month-old child.<br><br>Mr. Flett allegedly got in the victim's face and threatened to "kick his ass."  He then left the victim's residence and the area in a car.<br><br>The victim was hesitant about pressing charges, as he appeared to be afraid of Mr. Flett. However, the victim agreed to provide a written statement regarding the incident because he did not want Mr. Flett getting away with hurting his son. |

Prob12C
**Re: Flett, James Andrew**
**July 10, 2014**
**Page 2**

It should be noted, another individual was present during law enforcement's interview of the alleged victim. This individual reported to the responding officer that Mr. Flett had been terrorizing the neighborhood for approximately 10 days. In addition, Mr. Flett had been getting drunk and assaulting people, but those people were too afraid of Mr. Flett to call the police.

Based on the above-noted information, Spokane Tribal Police determined there was probable cause to arrest Mr. Flett. Subsequently, Mr. Flett was located and arrested on July 7, 2014.

As a result of this alleged incident, Mr. Flett has been charged in Tribal Court of the Spokane Tribe of Indians of the Spokane Indian Reservation with second degree assault and battery (domestic violence), as well as burglary.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 10, 2014

Date