PROB 12C
(6/16)

Report Date: November 9, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Andrew Flett        Case Number: 0980 2:11CR00105-EFS-1

Address of Offender: ███████████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Robbery, 18 U.S.C. §§ 1153(a) and 2111 | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>November 25, 2014: | Prison - 9 months<br>TSR - 25 months | |
| Revocation Sentence<br>November 10, 2015: | Prison - 70 days<br>TSR - 23 months | |
| Asst. U.S. Attorney: | Rudolph J. Verschoor | Date Supervision Commenced: November 19, 2015 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: October 18, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender violated this condition by providing a urinalysis sample to the Spokane Tribe of Indians Substance Abuse Program on October 26, 2016, that returned a lab confirmed positive for amphetamines. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[XX] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

November 10, 2016

Date